ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
TOVA D. WOLKING, CSBN 259782
Special Assistant United States Attorney
    Social Security Administration
    333 Market St., Suite 1500
    San Francisco, CA  94105
    Telephone:  (415) 977-8980
    Facsimile:  (415) 744-0134
    Email: tova.wolking@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| JERI LIBERT,<br><br>    Plaintiff,<br><br>        v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | No. ED CV 05-0792-RZ<br><br>**[PROPOSED]**<br>**JUDGMENT** |

    The Court having approved the parties' stipulation to reopen this case for the purpose of entering judgment for Plaintiff, ~~hereby grants judgment for Plaintiff~~.,

    It is ordered and adjudged that Plaintiff shall have and recover disability benefits from Defendant in an amount calculated according to law.

DATED: *March 25, 2011*

_____
HONORABLE RALPH ZAREFSKY
United States Magistrate Judge