1  Brian C. Shapiro
   Attorney at Law: 192789
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing_office@speakeasy.net
5
   Attorneys for Plaintiff
6  Jeri Libert

7

8              **UNITED STATES DISTRICT COURT**
               **CENTRAL DISTRICT OF CALIFORNIA**
9

| | | |
|---|---|---|
| 10 | JERI LIBERT, | ) Case No.: EDCV 05-0792 RZ |
| 11 | Plaintiff, | ) [PROPOSED] ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT |
| 12 | vs. | ) ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) |
| 13 | MICHAEL J. ASTRUE, Commissioner of Social Security, | ) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |
| 14 | | ) |
| 15 | Defendant | ) |

16

17    Based upon the parties' Stipulation for the Award and Payment of Equal

18  Access to Justice Act Fees, Costs, and Expenses:

19    IT IS ORDERED that fees and expenses in the amount of $6,500 as

20  authorized by 28 U.S.C. § 2412 be awarded to Plaintiff. subject to the terms of the

21  Stipulation.

22  DATE: April 15, 2011

23              _____
                THE HONORABLE RALPH ZAREFSKY
24              UNITED STATES MAGISTRATE JUDGE

25

26

1 | Respectfully submitted,

2 | LAW OFFICES OF Lawrence D. Rohlfing

3 | /s/ Brian C. Shapiro
_____
4 | Brian C. Shapiro
Attorney for plaintiff Jeri Libert

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26